UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REBEKAH JONES,

    Plaintiff,

v.

                                 CASE NO.: 4:21-CV-00054

RICK SWEARINGEN, individually, and in
his official capacity as Commissioner of
The FLORIDA DEPARTMENT OF
LAW ENFORCEMENT; NOEL PRATTS,
individually; and FDLE AGENT JOHN DOE,
individually.

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, RICK SWEARINGEN, individually, and in his official capacity as Commissioner of The FLORIDA DEPARTMENT OF LAW ENFORCEMENT, and NOEL PRATTS, individually, by and through their undersigned counsel, file this Notice of Removal and would show the Court as follows:

1. Rick Swearingen and Noel Pratts are the Defendants in an action in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, styled as: *Rebekah Jones v. Rick Swearingen, individually, and in his official capacity as Commissioner of The Florida Department of Law Enforcement; Noel Pratts, individually, and FDLE Agent John Doe*, Case Number 2020 CA 002349.

2. Defendants were first served with Plaintiff's Complaint for said action on 12/28/2020.

3. No further proceedings have transpired in regard to the above-referenced action in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, except the following documents attached to this Notice as Exhibit "A," including: Civil Cover Sheet, Complaint, Plaintiff's Motion to Compel Return of Property, Summonses, Returns of Service, Plaintiff's Notice of Hearing, Notices of Appearance, Defendant Swearingen's Memorandum in Opposition to Plaintiff's Motion to Compel Return of Property, and Defendants' Motion to Dismiss Counts I, II, and III of Plaintiff's Complaint. A hearing was held on Plaintiff's Motion to Compel Return of Property.

4. This is an action brought by Plaintiff under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights), and the common law of Florida against Defendants alleging violation of Plaintiff's constitutional rights under the First Amendment, Fourth Amendment, and Fourteenth Amendment to the United States Constitution.

5. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331, and therefore, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendants, RICK SWEARINGEN, individually, and in his official capacity as Commissioner of The FLORIDA DEPARTMENT OF LAW ENFORCEMENT, and NOEL PRATTS, individually, request this Court order that this action be properly removed from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, take jurisdiction of this action, and conduct all further proceedings in the United States District Court for the Northern District of Florida, Tallahassee Division.

Respectfully submitted,

*s/ J. Craig Knox*
J. Craig Knox (Florida Bar #0286729)
ANDREWS, CRABTREE, KNOX & LONGFELLOW, LLP
1558 Village Square Boulevard, Suite 1
Tallahassee, FL  32309
Telephone:  (850) 297-0090
Facsimile:   (850) 297-0219
cknox@andrewscrabtree.com
jhartsfield@andrewscrabtree.com
lthornton@andrewscrabtree.com
Attorneys for Defendants, Rick Swearingen and Noel Pratts

### **CERTIFICATE OF FONT/WORD COUNT**

I HEREBY CERTIFY this Notice of Removal contains 616 words and is typed in 14-point Times New Roman font.

*s/ J. Craig Knox*
J. Craig Knox

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, via Notice of Electronic Filing generated by CM/ECF, and/or by other means of electronic transmission:

Richard E. Johnson, Esq.
LAW OFFICE OF RICHARD E. JOHNSON
314 West Jefferson Street
Tallahassee, FL  32301
rick@rej-law.com

Lawrence G. Walters, Esq.
WALTERS LAW GROUP
195 West Pine Avenue
Longwood, FL  32750
larry@firstamendment.com
paralegal@firstamendment.com

Lisa C. Lambert, Esq.
LAW OFFICE OF LISA C. LAMBERT
245 N. Highland Avenue NE, Suite 230-139
Atlanta, GA  30307-1936
lisa@civil-rights.attorney

Attorneys for Plaintiff, Rebekah Jones

                                        *s/ J. Craig Knox*
                                        J. Craig Knox