IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REBEKAH JONES,**

    **Plaintiff,**

v.                                                 Case No.: 4:21-CV-54-AW-MAF

**RICK SWEARINGEN, individually, and in
his official capacity as Commissioner of
The FLORIDA DEPARTMENT OF
LAW ENFORCEMENT; NOEL PRATTS,
individually; and FDLE AGENT JOHN DOE,
individually.**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files her Notice of Dismissal of all claims asserted in this action *without* prejudice and with each party to bear its own attorney's fees and costs.

                                              Respectfully submitted,

                                              */s/ Richard E. Johnson*
                                              Richard E. Johnson
                                              Florida Bar No. 858323
                                              Law Office of Richard E. Johnson
                                              314 West Jefferson St.
                                              Tallahassee, FL 32301

850-425-1997
850-561-0836 (fax)
rick@rej-law.com

Lawrence G. Walters
Florida Bar No. 776599
195 W. Pine Ave.
Longwood, FL 32750
407-975-9150
larry@firstamendment.com

Lisa C. Lambert
Florida Bar No. 495298
245 N. Highland Avenue NE
Suite 230-139
Atlanta, GA 30307-1936
404-556-8759
lisa@civil-rights.attorney

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2021, I electronically filed the Plaintiff's Notice of Dismissal using the CM/ECF system that will cause service by electronic mail to all attorneys of record.

*/s/ Richard E. Johnson*
Richard E. Johnson
Florida Bar No. 858323